**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00578-CR

**BILLY CLYDE STELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-62140-Y**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We have not received the findings. However, on February 21, 2013, appellant filed a motion to extend time to file his brief. In the motion, appellant's counsel states he "was notified appellant's brief was due February 18, 2013," and counsel received the reporter's record on February 19, 2013. Counsel states that notices regarding the case were being sent to the Public Defender's Office rather than to him. In light of this information, we conclude findings are no longer necessary. We **VACATE** the January 22, 2013 order requiring findings.

We **GRANT** the February 21, 2013 extension motion and **ORDER** appellant to file his brief by **MARCH 22, 2013**.

/s/     DAVID EVANS
JUSTICE